UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

|  |  |
|---|---|
| Wilson F Booker, Jr. | Case No.   11-33479-KLP |
| Gloria S Booker | |
| Debtors | Chapter 13 |

PO Box 541

Powhatan, VA 23139

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 0021, 2752

## APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

Linda D. Jennings, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.00.

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on 03/04/2014.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Linda D. Jennings
Linda D. Jennings (VSB#19455)
Attorney for Debtor
The America Law Group, Inc.
d/b/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23384
Tel:  (804) 520-2428
Fax: (804) 318-3806

Certificate of Service

I certify that on May 16, 2014, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.


                                        /s/ Linda D. Jennings
                                        Linda D. Jennings


Wilson F Booker, Jr.
Gloria S Booker
Debtors,
PO Box 541
Powhatan, VA 23139

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Wilson F Booker, Jr.                              Case No.   11-33479-KLP
    Gloria S Booker
Debtors                                         Chapter 13

    <u>    PO Box 541                     </u>

    <u>    Powhatan, VA 23139            </u>

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s<u>)., (if any) 0021, 2752</u>

NOTICE OF MOTION

Debtor by counsel, has filed papers with the court for application for supplemental compensation in this Chapter 13 case.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before May 30, 2014, you or your attorney must:

☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad St.
Richmond, VA 23219

You must also mail a copy to:

The America Law Group, Inc.
d/b/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23384

_____     Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

_____     Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ AM at the United States Bankruptcy Court, 701 E. Broad St, Courtroom , Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  May 16, 2014                                    /s/ Linda D. Jennings_____
                                                       Linda D. Jennings (VSB# 19455)
                                                       Counsel for Debtor
                                                       The America Law Group, Inc.
                                                       d/b/a The Debt Law Group
                                                       2312 Boulevard
                                                       Colonial Heights, VA 23384
                                                       Ph: 804-520-2428


PROOF OF SERVICE


I certify that on May 16, 2014, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

                                                       /s/ Linda D. Jennings
                                                       Linda D. Jennings


Wilson F Booker, Jr.
Gloria S Booker
Debtors,
PO Box 541
Powhatan, VA 23139

**NAME AND ADDRESSES OF CREDITORS**


**Alliance One**
7311 Quality Circle Drive
Anderson, IN 46013-0000

**Alliance One**
PO Box 60500
City of Industry, CA 91716-0000

**Bank Of America**
Attn: Bankruptcy NC4-
Po Box 26012
Greensboro, NC 27410-0000

**Broadview Networks**
Attn: Lisa LaCalle
500 7th Ave, 2nd FL
New York, NY 10018

**Broadview Networks, Inc**
PO Box 9242
Uniondale, NY 11555-0000

**Broadway Global Master Inc**
1570 East Lake Circle
Tracy, CA 95304

**Cac Financial Corp**
2601 Nw Expwy
Oklahoma City, OK 73112-0000

**Cach Llc**
4340 South Monaco St.
2nd floor
Denver, CO 80237-0000

**Chippenham JW Med Center**
PO Box 13620
Richmond, VA 23225-0000

**CJW MEDICAL CENTER**
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

**Commonwealth Oral & Facial Sur**
PO Box 71930
Henrico, VA 23255-0000

**Commonwealth Oral and Facial Surgery**
c/o Schettine & Nguyen, PLC
10 South 23rd Street
Richmond, VA 23223

**Credit Adjustment Board, Inc**
306 East Grace St
Richmond, VA 23219-0000

**Credit One Bank**
Po Box 98872
Las Vegas, NV 89193-0000

**Donald R. Murray, DDS**

3250 Anderson Hwy
Powhatan, VA 23139-0000

**Dt Credit Co**
Po Box 29018
Phoenix, AZ 85038-0000

**Enhanced Recovery Company**
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**Focused Recovery Solut**
7206 Hull Street Rd Ste
Richmond, VA 23235-0000

**Focused Recovery Solutions**
9701 Metropolitan Ct
Ste B
Richmond, VA 23236-0000

**Hfc - Usa**
Po Box 3425
Buffalo, NY 14240-0000

**Home Furnishings Credit Co**
5324 Virginia Beach Blvd
Virginia Beach, VA 23462-0000

**Home Furnishings Credit Co**
PO Box 12812
Norfolk, VA 23541-0000

**Hsbc Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-0000

**IRS**
Po Box 7346
Philadelphia, PA 19101-0000

**Lowes / MBGA /**
Attention: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076-0000

**Michael Pfab and Associates**
2105 Academy Rd
Suite J
Powhatan, VA 23139-0000

**Monterey Collection Sv**
4095 Avenida De La Plata
Oceanside, CA 92056-0000

**Monterey Financial Svc**
4095 Avenida De La Plata
Oceanside, CA 92056-0000

**NCO Financial Systems**
PO Box 15393
Wilmington, DE 19850-0000

**Palisad Coll**
Attention: Banktruptcy Dept
Po Box 1244
Englewood Cliffs, NJ 07632-0000

**Palisades Acquisition XVII, LLC**
Vativ Recovery Solutions LLC, dba SMC
As Agent For Palisades Acquisition XVII,
P.O. Box 40728
Houston, TX 77240-0728

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**Schettine & Nguyen, PLC**
10 South 23rd Street
Richmond, VA 23223-0000

**The Debt Law Group, PLLC**
P.O. Box 5928
Glen Allen, VA 23058

**Virginia Emerency Physicans**
75 Remittance Drive
Suite 1151
Chicago, IL 60675-0000

**Woodforest National Bank**
PO Box 7889
Spring, TX 77387-0000

**Zenta Private Limited**
50 S. 16th St
Philadelphia, PA 19102-0000

**Zenta Private Limted**
PO Box 824227
Philadelphia, PA 19182-0000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Wilson F Booker, Jr.                    Case No.   11-33479-KLP
    Gloria S Booker
Debtors                                     Chapter 13

    PO Box 541
_____

    Powhatan, VA 23139
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 0021, 2752

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that she is entitled to receive as supplemental compensation the amount of $250.00 in connection with the filing of a post confirmation modified plan filed with this Court on 03/04/2014. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, Carl M. Bates is authorized to pay an additional $250.00 to Linda D. Jennings, from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
                  Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Linda D. Jennings
Linda D. Jennings, VSB# 19455, Counsel for Debtor
2312 Boulevard
Colonial Heights, VA 23834
Tel. 804-520-2428
Fax: 804-318-3806

Seen and agreed

_____
Carl M. Bates

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.


/s/ Linda D. Jennings
Linda D. Jennings

Please send a copy of this Order to:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

Wilson F Booker, Jr.
Gloria S Booker
Debtors,
PO Box 541
Powhatan, VA 23139